UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SPOKANE HOUSING VENTURES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CASCADE MANAGEMENT INC,<br><br>Defendant. | CASE NO. 3:26-cv-06150-BHS<br><br>NOTICE OF APPEARANCE<br><br>***[Clerk's Action Required]*** |

TO: ALL PARTIES and THEIR RESPECTIVE COUNSEL OF RECORD

AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT

YOU, AND EACH OF YOU, PLEASE TAKE NOTICE that Defendant Cascade Management Inc, without admitting jurisdiction or venue or waiving any defenses, including but not limited to the defenses available by statute or court rule, here-by enters an appearance in the above-captioned matter and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney at 701 Fifth Avenue, Suite 2100, Seattle, WA 98104.



**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated: October 6, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Todd A. Bowers*

Todd A. Bowers, WSBA #24638
tbowers@grsm.com
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822

*Attorneys for Defendant Cascade Management Inc*



**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

The undersigned hereby declares, under penalty of perjury pursuant to the laws of the State of Washington and applicable local rules, that on this date the foregoing document was served on the following individuals in the manner indicated below:

| | |
|---|---|
| ***Attorneys for Plaintiffs***<br>**PAINE HAMBLEN, P.S.**<br>717 West Sprague Avenue, Suite 1200<br>Spokane, WA 99201-3505<br>Phone: (509) 455-6000 | Method of Service (mark all that apply):<br>☒ E-mail<br>☐ U.S. Mail (GR 13 and CR 5(b))<br>☐First-Class ☐Certified<br>☐ Hand Delivery<br>☐ Messenger Service<br>☒ Other: WAWD CM/ECF system<br>☐ Courtesy Copy Only |
| Matthew W. Daley, WSBA #36711 | mwd@painehamblen.com |

---

Dated: October 6, 2026

*/s/ David Diaz*
David Diaz, Legal Assistant
ddiaz@grsm.com



**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822